IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 04-24860 |
| Rosemary Toney | § | JUDGE: |
| DEBTOR(S) | § | REAFFIRMATION AGREEMENT |

The undersigned hereby reaffirm(s), for valuable consideration, the following debt between the respective parties:

1) Debtor(s): Rosemary Toney

2) Creditor: Household Bank (sb), N.a.
3) Current Balance of Obligation: $4,934.03 at 0.00% Annual Percentage Rate
4) Account #:           8483
5) Monthly Payment: $138.00 until paid in full
6) Initial Payment due date: 05/20/2005

This reaffirmation agreement does not affect the remaining terms and conditions of the original agreement which is incorporated herein. The Debtor understands that this Agreement and the original agreement may be assigned by the Creditor to another party. The Debtor consents to such assignment. ALL PAYMENTS SHALL BE MADE TO BASS & ASSOCIATES, P.C., 3936 E. FT. LOWELL ROAD, STE. 200, TUCSON, AZ 85712; phone: (520) 577-1544. The parties agree that this agreement may be filed with the Court immediately after its execution.

**  NOTICE TO DEBTORS  **

THIS AGREEMENT IS VOLUNTARY. THE DEBTOR CONFIRMS THAT (S)HE HAS BEEN ADVISED THAT THIS REAFFIRMATION AGREEMENT IS NOT REQUIRED UNDER THE BANKRUPTCY CODE, UNDER NON BANKRUPTCY LAW, OR UNDER ANY AGREEMENT NOT IN ACCORDANCE WITH 11 U.S.C. SECTION 524(c).

THIS AGREEMENT MAY BE RESCINDED AT ANY TIME PRIOR TO DISCHARGE OR WITHIN SIXTY (60) DAYS AFTER THE FOREGOING AGREEMENT IS FILED WITH THE COURT, WHICHEVER OCCURS LATER, BY GIVING NOTICE OF THE RESCISSION TO THE CREDITOR.

DEBTOR(S)
_Rosemary Toney_  02/11/05       BY: _____
                     /DATE              Administrative Assistant
                                        Bass & Associates, P.C.

_____
      DATE

### DECLARATION OF ATTORNEY FOR DEBTOR(S)

The undersigned attorney at law, hereby declares that (s)he has represented the Debtor(s) during the course of negotiating an agreement under 11 U.S.C. § 524(c), and further states that (s)he fully advised the Debtor(s) of the legal effect and consequences of an agreement of the kind specified in 11 U.S.C. § 524(c); and fully advised the Debtor(s) of the legal effect and consequences of any default under such an agreement, and that said Reaffirmation Agreement represents a fully informed and voluntary agreement by the Debtor(s) and does not impose an undue hardship on the Debtor(s) or a dependent of the Debtor(s).

                                    _____
                                    Stephen Wade Parker
                                    Attorney for Debtor(s)